# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## (a) PLAINTIFFS
First National Bank of Valparaiso and James R. Wright, as Co-Special Administrators of the Estate of Earl H. Eaton, deceased

## DEFENDANTS
Q.S. of Illinois, LLC, an Illinois limited liability company, Quality Services, LLC, a foreign limited liability company, Hub Group, Inc., a foreign company, and Sampson Adu Boadi.

**(b)** County of Residence of First Listed Plaintiff: Porter County, IN
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook County, IL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Bryan L. Bradley, KENNETH J. ALLEN & ASSOCIATES, P.C.
1109 Glendale Blvd., Valparaiso, IN 46383
(219) 465-6292

Attorneys (If Known)
Jon P. Malartsik, PAULSEN, MALEC & MALARTSIK, LTD.
1761 S. Naperville Rd., #202, Wheaton, IL 60187
(630) 871-1414

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Citizen of This State: PTF [ ]1 DEF [ ]1; Incorporated or Principal Place of Business In This State: PTF [ ]4 DEF [X]4
Citizen of Another State: PTF [X]2 DEF [ ]2; Incorporated and Principal Place of Business In Another State: PTF [ ]5 DEF [ ]5
Citizen or Subject of a Foreign Country: PTF [ ]3 DEF [ ]3; Foreign Nation: PTF [ ]6 DEF [ ]6

## IV. NATURE OF SUIT
[X] 350 Motor Vehicle

## V. ORIGIN
[ ] 1 Original Proceeding
[X] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
28 USC 1332. Personal injury-wrongful death.

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [ ] Yes [ ] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 4/10/08
SIGNATURE OF ATTORNEY OF RECORD: /s/ Jon P. Malartsik

FILED
APRIL 10, 2008   YM
08CV2034
JUDGE SHADUR
MAGISTRATE JUDGE NOLAN