# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

First National Bank of Valparaiso and James R. Wright, as Co-Special Administrators of the Estate of Earl H. Eaton, deceased vs. Q.S. of Illinois, LLC, Quality Services, LLC, Hub Group, Inc., and Sampson Adu Boadi,

Case Number:

```
FILED
APRIL 10, 2008                    YM
08CV2034
JUDGE SHADUR
MAGISTRATE JUDGE NOLAN
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Q.S. of Illinois, LLC, Quality Services, LLC, and Hub Group, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Jon P. Malartsik | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jon P. Malartsik | |
| FIRM | |
| Paulsen, Malec & Malartsik, Ltd. | |
| STREET ADDRESS | |
| 1761 S. Naperville Rd., #202 | |
| CITY/STATE/ZIP | |
| Wheaton, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6229767 | 630/871-1414 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |