## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2034 | **DATE** | 4/14/2008 |
| **CASE TITLE** | First National Bank of Valparaiso vs. Q.S. of Illinois | | |

**DOCKET ENTRY TEXT**

This newly-removed diversity-of-citizenship action is ordered to be remanded forthwith to the Circuit Court of Cook County, pursuant to 28 U.S.C. §1447©, for lack of subject matter jurisdiction. At least one, and it most likely appears that three, of the four defendants is or are an Illinois citizen or citizens. Even one is enough to bar removal – see 28 U.S.C. §1441(b).

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|